# UNITED STATES DISTRICT COURT
## District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
OCT 01 2013
FILED

UNITED STATES OF AMERICA

v.

Alex Guzman
Defendant

Case Number: 13mj 90-01-LM

Charging District's Case Number: 13cr573

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the Southern District of Texas
(name of other court)

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named of the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise -- unless I am indicted -- to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

❑ a preliminary hearing.

❑ a detention hearing

❑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/1/13     _____
                  Signature of Defendant

Date: 10/1/13     _____
                  Counsel for Defendant

Date: 10/1/13     _____
                  ☑ United States Magistrate Judge
                  ❑ United States District Judge

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel