UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:13-CR-00112-JL-1 |
| ALEXANDER GUZMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION FOR A STATUS HEARING**

The United States of America requests that the Court conduct a status hearing regarding this matter in order to determine whether the defendant intends to plead guilty or not guilty. Counsel for the defendant assents to this request.

Defendant Guzman was charged by indictment in the Southern District of Texas with: (1) conspiracy to distribute over five kilograms of cocaine, in violation of 21 U.S.C. § 846 and (2) possession of five kilograms or more of cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1).   The Defendant was arrested in New Hampshire on September 5, 2013.   The defendant subsequently advised the Court that he intended to enter a guilty plea in New Hampshire pursuant to Fed. R. Crim. P. 20.   As a result, this matter was transferred to the District of New Hampshire.

Counsel for the government has discussed this matter with counsel for the defendant.   It is now unclear whether the defendant still intends to enter a guilty plea.   If the defendant chooses to enter a not guilty plea, this matter must be transferred back to the Southern District of Texas pursuant to Fed. R. Crim. P. 20(c).

The government requests that the Court conduct a status hearing to determine whether or not the defendant intends to plead guilty in New Hampshire.   If the defendant chooses to plead not

guilty, the United States requests that the Court transfer this matter to the Southern District of Texas forthwith.

Given the nature of the relief being request, no separate memorandum is necessary under Local Rule 7.1.

        Respectfully submitted,

        JOHN P. KACAVAS
        United States Attorney

By:   /s/ John J. Farley
      John J. Farley
      Assistant U.S. Attorney
      NH Bar # 16934
      U.S. Attorney's Office
      53 Pleasant Street
      Concord, NH 03301
      (603) 225-1552
      john.farley@usdoj.gov

Dated:   November 18, 2013

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing document was served via ECF upon counsel for the defendant.

November 18, 2013        By:   /s/ John J. Farley
                                              John J. Farley
                                              Assistant U.S. Attorney

.