## UNITED STATE DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                      DOCKET NO. 13-CR-00112-LM

ALEXANDER GUZMAN


### ASSENTED TO MOTION TO FILE UNDER SEAL
### A CONFIDENTIAL PSYCHOLOGICAL REPORT

NOW COMES the accused, Alexander Guzman, by and through counsel, and moves this Court to

accept a Confidential Psychological Report as to the competency of the accused, Alexander Guzman.

This motion is in support of a motion already filed to determine the competency of the accused.  The

U.S. Attorney's Office has no objection to this Motion to File Under Seal a Confidential Psychological

Report

WHEREFORE, the accused respectfully requests that this Court authorize the filing of the

Confidential Psychological Report Under Seal.

                                        Respectfully submitted,
                                        Alexander Guzman,
                                        By his Attorney,

Date:          April 16, 2014          /s/Paul J. Garrity_____
                                        Paul J. Garrity
                                        14 Londonderry Road
                                        Londonderry, NH 03503
                                        603-434-4l06
                                        Bar No. 905


### CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 19th day of March, 2014, a copy of the within was mailed,
postage prepaid, to the United States Attorney's Office and to Alexander Guzman.

                                        /s/Paul J. Garrity_____
                                        Paul J. Garrity