U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

2014 JUN 13 P 1: 22

June 6, 2014

The Honorable Landya McCafferty
District of New Hampshire
Warren B. Rudman United States Courthouse
55 Pleasant Street, Room 110
Concord, New Hampshire 03301

RE:   GUZMAN, Alexander
      Reg. No.: 13102-049
      Crim. No.: 13-cr-112-01-LM

Dear Judge McCafferty:

This letter is to inform you that the above-named defendant arrived at this institution on May 30, 2014. He has been designated to undergo a forensic evaluation pursuant to your order dated May 19, 2013.

We expect to complete the study by June 30, 2014. At that time, the United States Marshals Service will be notified the study is complete and the defendant may be transported back to the court. The Court may expect a final copy of the forensic evaluation within three weeks of that notification.

The forensic psychologist assigned to this study is Dr. Chad Tillbrook. We have requested all relevant records on the case from both attorneys. Please feel free to contact Dr. Tillbrook, at (978) 796-1000, extension 1421, should you need more information.

Sincerely,

J. Grondolsky
Warden