UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 1:13-CR-112-01-LM |
| ALEXANDER GUZMAN, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S REPORT TO THE COURT REGARDING DEFENDANT'S STATUS**

The United States of America is submitting this report to advise the Court of a delay in the transportation of the defendant to a facility for mental health treatment.

On September 10, 2014, the Court issued an order pursuant to 18 U.S.C. § 4241(d) committing the defendant to the custody of the Attorney General for a reasonable period of time, not to exceed four months, to determine whether there is a substantial probability that in the foreseeable future he will obtain the capacity to permit the trial to proceed.

Undersigned counsel has been in contact with the United States Marshals Service, which has been attempting to arrange for the defendant to be transported to a suitable facility where his mental condition can be examined and treated.   Due to a lack of bed space at a suitable Bureau of Prisons facility, the Marshals Service has advised that the defendant may not be transported to an appropriate facility until late October.   However, he will be transported to a suitable facility before then should an appropriate placement become available earlier.

Undersigned counsel has advised the defendant's counsel about this delay.

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

By: /s/ John J. Farley
John J. Farley
Assistant U.S. Attorney
NH Bar # 16934
U.S. Attorney's Office
53 Pleasant Street
Concord, NH 03301
(603) 225-1552
john.farley@usdoj.gov

Dated: September 23, 2014

## CERTIFICATE OF SERVICE

    I certify a copy of the foregoing document was served via ECF upon counsel for the defendant.

September 23, 2014          By: /s/ John J. Farley
                                                        John J. Farley
                                                        Assistant U.S. Attorney

.