

U. S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
FEDERAL MEDICAL CENTER

PO Box 1600
Butner, North Carolina 27509-1600
(919)575-3900

November 10, 2014

The Honorable Landya B. McCafferty
District of New Hampshire
55 Pleasant Street, Room 110
Concord, New Hampshire 03301

RE:  GUZMAN, Alexander
Register Number:  13102-049
Docket Number:    1:13-cr-00112-LM-1

Dear Judge McCafferty:

The above-referenced individual was admitted to the Mental Health Unit of this facility on November 5, 2014 pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Guzman, which are necessary to complete his evaluation.  In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival.  If this request is granted, the evaluation period will end on March 4, 2015.  My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date.  If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter.  If you are in need of additional information, please contact Kelly Forbes, Health Systems Specialist at (919) 575-3900 extension 6030.

Respectfully,

Kenny Atkinson
Complex Warden


GRANTED/DENIED (Circle One)

Signature: _____        DATE:_____
           District Landya B. McCafferty

cc:  John J. Farley, Assistant United States Attorney
     Paul J. Garrity, Defense Attorney