UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2015 FEB 20 P 12: 15

UNITED STATES OF AMERICA

V.

ALEXANDER GUZMAN

DOCKET NO. 13-CR-00112-LM

## MOTION TO EXCEED

NOW COMES the accused, Alexander Guzman, by and through counsel, and hereby moves this Court to grant this Motion to Exceed.

In support of this Motion, the accused states as follows:

1. The accused required the services of an interpreter. The services of the interpreter, Edwin Mosquera, were used a total of 9 times, amounting to $1,739.01, $939.01 over the $800.00 cap.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion to Exceed.

Respectfully submitted,
Alexander Guzman,
By his Attorney,

DATE:   February 18, 2015

Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03053
603-434-4106
Bar No. 905

MOTION
GRANTED ☒ Date 2/20/15
DENIED ☐
Landya B. McCafferty
U.S. District Judge

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 18th day of February, 2015, a copy of the within Motion to Exceed was mailed, postage prepaid to the U.S. Attorney's Office.

_____
Paul J. Garrity