UNITED STATE DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                                                         DOCKET NO. 13-CR-00112-LM

ALEXANDER GUZMAN

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, Alexander Guzman, by and through counsel, and hereby moves this Court to continue his April 2, 2015 Competency Hearing to a later date.

In support of this Motion, the accused states as follows:

1. The defendant is scheduled to appear in this Court on April 2, 2015, at 10:00 a.m. for his Competency Hearing

2. However, the undersigned counsel has prepaid vacation plans out of the State of New Hampshire from April 2, through April 5, 2015;

3. In addition, the undersigned counsel is scheduled for three hearings at the 10th Circuit/District Division/Derry Court on March 31, 2015 in the afternoon in State v. J. Pauwels,  State v. M. Levesque, and State v. A. Bieler; Also, the undersigned counsel is scheduled to begin a Jury Trial at the Hillsborough Superior Court Northern District on April 6, 2015in State v. J. Pepelis, and a Jury Trial at the Cheshire Superior Court on April 13, 2015 in State v. E. Johnson; a Motion to Suppress Hearing and Final Pre-Trial Conference at the Woburn Superior Court in Massachusetts on May 5, 2015 in Commonwealth v. J. Rosario; a Final Pre-Trial on May 6, 2015 and Trial on May 19, 2015 at the Lowell Superior Court in Commonwealth v. R. Kestering; and a trial on May 7, 2015 in the Lawrence District Court in Commonwealth v. Andino;

4. Also, the undersigned counsel has prepaid vacation plans out of the State of New Hampshire from April 23 through May 5, 2015;

    5. That the United States Attorney's Office has no objection to the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Assented to Motion to Continue this Competency Hearing at a later date.

                                          Respectfully submitted,
                                          Alexander Guzman,
                                          By his Attorney,

Date:  March 19, 2015                        /S/Paul J. Garrity_____
                                          Paul J. Garrity
                                          14 Londonderry Road
                                          Londonderry, NH 03503
                                          603-434-4l06
                                          Bar No. 905


CERTIFICATE OF SERVICE

    I, Paul J. Garrity, herein certify that on this 19th day of March, 2015, a copy of the within was e filed to the United States Attorney's Office and all counsel of record and mailed, postage prepaid, to Alexander Guzman.


                                          /S/Paul J. Garrity_____
                                          Paul J. Garrity