```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

   v.                                Criminal No. 13-cr-112-01-LM

Alexander Guzman

## O R D E R

On April 21, 2015, the court held a hearing to determine Mr. Guzman's competency to stand trial. At the hearing, the parties stipulated that Mr. Guzman is presently competent to stand trial. The stipulation was based on two recent forensic evaluations: (1) a report by Dr. Kristina P. Lloyd (a forensic psychologist at the Federal Medical Center in Butner, North Carolina) dated March 12, 2015 (doc. no. 24); and (2) a report by Dr. Eric G. Mart (a licensed psychologist) dated April 15, 2015 (doc. no. 27). Both Drs. Lloyd and Mart separately concluded that Mr. Guzman is currently competent to stand trial. Based upon the entire record, including the recent reports of Drs. Lloyd and Mart, as well as the parties' stipulation with respect to Mr. Guzman's competence, the court finds that the government has met its burden of proving Mr. Guzman's competence by a preponderance of the evidence.

Mr. Garrity requested that the court schedule a status conference in forty-five days to give him time to consult with

Mr. Guzman about whether Mr. Guzman still intends to enter a plea of guilty in his case.  Although the court is agreeable to scheduling a status conference for some time in early May 2015, the court is not inclined to permit a forty-five-day delay for Mr. Garrity to consult with Mr. Guzman about the viability of Mr. Guzman's Rule 20 consent, which was entered in this court on October 15, 2013 (doc. no. 8).

   Counsel shall confer and propose a date for a status conference to be held on or before May 14, 2015.  In light of the history of this case, and assuming Mr. Guzman intends to proceed in accordance with the Rule 20 consent, the court would prefer the change of plea hearing be scheduled on an expedited basis, following the status conference.

   On or before May 1, 2015, the parties shall file a joint stipulation with respect to the countable time that has elapsed under the Speedy Trial Act in Mr. Guzman's case.

   SO ORDERED.

                              _____
                              Landya McCafferty
                              United States District Judge

April 21, 2015

cc:   John J. Farley, Esq.
      Paul J. Garrity, Esq.
      United States Marshal
      United States Probation