UNITED STATE DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                                                  DOCKET NO. 13-CR-00112-LM

ALEXANDER GUZMAN

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, Alexander Guzman, by and through counsel, and hereby moves this Court to continue his May 8, 2015 Status Conference Hearing for 14 days.

In support of this Motion, the accused states as follows:

1. The defendant is scheduled to appear in this Court on May 8, 2015, at 4:00 p.m. for his Status Conference Hearing;

2. However, the undersigned counsel has learned that the Guzman family has retained Attorney John Pendleton to offer the defendant a second opinion with regard to Alexander Guzman's matter in this court.  The undersigned counsel understands that Attorney Pendleton is requesting an additional 14 days to review the discovery before giving his opinion to the defendant as to whether Alexander Guzman should plead guilty or go back to Texas;

3. The undersigned counsel submits that providing the defendant the opportunity to be provided with Attorney Pendleton's input of the pending case, could lead to a more expeditious  and effective resolute of the pending case.

4. That the United States Attorney's Office has no objection to the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Assented to Motion to Continue this Status Conference Hearing for 14 days.

                                                                                  Respectfully submitted,
                                                                                  Alexander Guzman,
                                                                                  By his Attorney,

Date: May 7, 2015                                              /S/Paul J. Garrity_____
                                                                                  Paul J. Garrity
                                                                                  14 Londonderry Road
                                                                                  Londonderry, NH 03503
                                                                                  603-434-4l06
                                                                                  Bar No. 905

CERTIFICATE OF SERVICE

      I, Paul J. Garrity, herein certify that on this 7th day of May, 2015, a copy of the within was e filed to the United States Attorney's Office and all counsel of record and mailed, postage prepaid, to Alexander Guzman.

                                                                                 /S/Paul J. Garrity_____
                                                                                 Paul J. Garrity