UNITED STATE DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                                DOCKET NO. 13-CR-00112-LM

ALEXANDER GUZMAN

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, Alexander Guzman, by and through counsel, and hereby moves this Court to continue his May 22, 2015 Status Conference Hearing to May 29, 2015 in the afternoon.

In support of this Motion, the accused states as follows:

1. The defendant is scheduled to appear in this Court on May 22, 2015, at 10:30 a.m. for his Status Conference Hearing;

2. However, the undersigned counsel started a jury trial on May 19, 2015 at the Lowell Superior Court in the case of Commonwealth v. Kestering.  The undersigned counsel had been led to believe that Mr. Kestering's Trial would not be reached on May 19, 2015 but was informed late in the afternoon of May 14, 2015 that the Kestering Trial would start on May 19, 2015.  The Trial in that case is expected to last through the end of the week as the undersigned counsel just learned on May 19, 2015 that Trial's in that Court last only from 9:00 a.m. to 1:00 p.m.

3. Given the expected length of the Kestering Trial, the undersigned counsel expects that he will not be available for the May 22, 2015 Status Conference in this Court.

4. In addition, the undersigned counsel picked a jury on May 18, 2015 in the Hillsborough County Superior Court Northern District in the case of State v. J.

Pepelis. Mr. Pepelis' trial is scheduled to start on May 26, 2015, with the possibility that it may start on May 27, 2015 if the Kestering Trial continues into the week of May 26, 2015.

5. Also, on May 28, 2015, the undersigned counsel is scheduled for an Initial Appearance at the Cheshire Superior Court in State v D. Jones; a Trial and a Review Hearing at the 9th Circuit/District Division/Goffstown Court in State v. B. Gorman and State v. L. Foote; and a Motion Hearing at the 9th Circuit/District Division/Salem Court in State v. J. Latorre. On May 29, 2015 the undersigned counsel is scheduled for a Compliance and Election Hearing at the Lawrence District Court in Commonwealth v. M. Giza.

6. That the United States Attorney's Office has no objection to the within Motion.

7. The undersigned counsel has conferred with the United States Assistant Attorney John Farley who has indicated that he would be available for a hearing in the afternoon of May 29, 2015.

WHEREFORE, the accused respectfully requests that this Court grant the within Assented to Motion to Continue this Status Conference Hearing to May 29, 2015, in the afternoon.

Respectfully submitted,
Alexander Guzman,
By his Attorney,

Date: May 19, 2015         /S/Paul J. Garrity_____
                           Paul J. Garrity
                           14 Londonderry Road
                           Londonderry, NH 03503
                           603-434-4l06
                           Bar No. 905

CERTIFICATE OF SERVICE

      I, Paul J. Garrity, herein certify that on this 19th day of May, 2015, a copy of the within was e filed to the United States Attorney's Office and all counsel of record and mailed, postage prepaid, to Alexander Guzman.

      /S/Paul J. Garrity_____
      Paul J. Garrity