Acknowledgment – Sentencing Options and Supervision Conditions

# UNITED STATES DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v.

**ACKNOWLEDGMENT**

Alexander Guzman

Case Number: 13-cr-112-001-LM

Defendant

I, __Alexander Guzman__, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: September 22, 2015

_____
Defendant

_____
Defense Counsel

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

USDCNH-103 (10-14)